UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>            Plaintiff,<br><br>      v.<br><br>**SV21 LLC.**<br><br>            Defendant. | Case No. 21-cv-5778-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 11 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within seventy-five (75) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 2, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**